# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBRA ELEE

VERSUS

LISA WHITE, DOLLAR GENERAL
CORPORATION, AT FAULT DRIVER
EMPLOYEE OF WERNER
ENTERPRISES, INC. OF
NEBRASKA, AND WERNER
ENTERPRISES, INC. OF
NEBRASKA

NO.   2020 CW 1018

**NOVEMBER 23, 2020**

---

In Re:   Travis Gardner and Werner Enterprises, Inc., applying
for supervisory writs, 22nd Judicial District Court,
Parish of St. Tammany, No. 201911531.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**GH**
**AHP**

**McDonald, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT